# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VELAZQUEZ, ISAAC | § | Case No. 11-45668 DRC |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/GINA B. KROL_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

Case 11-45668 INDIVIDUAL ESTATE PROPERTY RECORD AND Doc 66 Filed 10/22/14 Entered 10/22/14 08:44:07    Desc Main
ASSET CASES
Document    Page 3 of 11

Page: 1

| Case No: | 11-45668 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | VELAZQUEZ, ISAAC | | | Date Filed (f) or Converted (c): | 11/09/11 (f) |
| | | | | 341(a) Meeting Date: | 12/27/11 |
| For Period Ending: 10/20/14 | | | | Claims Bar Date: | 03/29/12 |

Exhibit A

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 2. CD's | 30.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 4. 50% GT Carrier Inc. | Unknown | 0.00 | | 0.00 | FA |
| 5. 2006 Peterbuilt | 25,000.00 | 7,500.00 | | 23,000.00 | FA |
| 6. LAWSUIT (u) | Unknown | 0.00 | | 0.00 | FA |
| Appears that case has been dismissed by Plaintiff | | | | | |
| 7. 1993 Nissan Sentra | 500.00 | 0.00 | | 0.00 | FA |
| 8. 1997 Ford F150 | 1,800.00 | 0.00 | | 0.00 | FA |
| 9. CHECKING | 30.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.56 | Unknown |
| TOTALS (Excluding Unknown Values) | $29,160.00 | $7,500.00 | | $23,000.56 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted

September 2, 2014 02:23 pm

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 05/31/14

/s/    GINA B. KROL
_____  Date: 10/20/14
GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

LFORM1

Ver: 18.01

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1 Exhibit B

| Case No: | 11-45668 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | VELAZQUEZ, ISAAC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0527 Checking Account |
| Taxpayer ID No: | *******0340 | | |
| For Period Ending: | 10/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 10,737.87 | | 10,737.87 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.62 | 10,731.25 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.84 | 10,724.41 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.61 | 10,717.80 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.83 | 10,710.97 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.92 | 10,695.05 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 9.27 | 10,685.78 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.36 | 10,671.42 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.87 | 10,655.55 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.33 | 10,640.22 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.82 | 10,624.40 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.29 | 10,609.11 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.77 | 10,593.34 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.75 | 10,577.59 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.22 | 10,562.37 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.70 | 10,546.67 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.17 | 10,531.50 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.66 | 10,515.84 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.63 | 10,500.21 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.10 | 10,486.11 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 9.24 | 10,476.87 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.59 | 10,461.28 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.06 | 10,446.22 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.53 | 10,430.69 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.01 | 10,415.68 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.49 | 10,400.19 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 11-45668 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | VELAZQUEZ, ISAAC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0527 Checking Account |
| Taxpayer ID No: | *******0340 | | | |
| For Period Ending: | 10/20/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |   |
| --- | --- | --- | --- | --- |
| Account *******0527 | Balance Forward | 0.00 | | |
| 0  Deposits | 0.00 | 2 | Checks | 18.51 |
| 0  Interest Postings | 0.00 | 23 | Adjustments Out | 319.17 |
| | | 0 | Transfers Out | 0.00 |
| Subtotal | $ 0.00 | | | |
| | | | Total | $ 337.68 |
| 0  Adjustments In | 0.00 | | | |
| 1  Transfers In | 10,737.87 | | | |
| Total | $ 10,737.87 | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-45668 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | VELAZQUEZ, ISAAC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4247  BofA - Money Market Account |
| Taxpayer ID No: | *******0340 | | | |
| For Period Ending: | 10/20/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/19/12 | 5 | American Auction Associates, Inc. | | 1129-000 | 23,000.00 | | 23,000.00 |
| 03/22/12 | 000301 | Compass Equipment Finance | Lien Payoff | 4210-000 | | 11,418.89 | 11,581.11 |
| | | c/o Mr. James Joyce | | | | | |
| | | Fornaro & Associates, Ltd. | | | | | |
| | | 9140 Broadway | | | | | |
| | | Brookfield, IL 60153 | | | | | |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 11,581.17 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 11,581.31 |
| 04/30/12 | 000302 | American Auction Associates, Inc. | Auctioneer Expenses per Court Order | 3620-000 | | 770.02 | 10,811.29 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.33 | 10,790.96 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,791.05 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.74 | 10,777.31 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,777.40 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.81 | 10,764.59 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,764.68 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.12 | 10,750.56 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 10,750.65 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 12.78 | 10,737.87 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 10,737.87 | 0.00 |

| Account *******4247 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 Deposits | | 23,000.00 | 2 | Checks | 12,188.91 |
| 6 Interest Postings | | 0.56 | 5 | Adjustments Out | 73.78 |
| | | | 1 | Transfers Out | 10,737.87 |
| Subtotal | $ | 23,000.56 | | | |
| | | | | Total | $ 23,000.56 |
| 0 Adjustments In | | 0.00 | | | |
| 0 Transfers In | | 0.00 | | | |
| Total | $ | 23,000.56 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4  Ver: 18.01

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 11-45668 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | VELAZQUEZ, ISAAC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4247  BofA - Money Market Account |
| Taxpayer ID No: | *******0340 | | |
| For Period Ending: | 10/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Report Totals | | Balance Forward | 0.00 | | |
| | 1 | Deposits | 23,000.00 | 4 | Checks | 12,207.42 |
| | 6 | Interest Postings | 0.56 | 28 | Adjustments Out | 392.95 |
| | | | | 1 | Transfers Out | 10,737.87 |
| | | Subtotal | $ 23,000.56 | | | |
| | | | | | Total | $ 23,338.24 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 10,737.87 | | | |
| | | Total | $ 33,738.43 | | Net Total Balance | $ 10,400.19 |

        /s/    GINA B. KROL
Trustee's Signature: _____ Date: 10/20/14
                 GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 20, 2014 |
|---|---|---|---|---|---|---|

Case Number:   11-45668  
Debtor Name:   VELAZQUEZ, ISAAC  
Claim Number Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 080<br>7300-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Unsecured | | $0.00 | $800.16 | $800.16 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,050.06 | $3,050.06 |
| 000001<br>070<br>7100-90 | Atlas Acquisitions LLC (CitiFinancial, Inc.)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $9,684.55 | $9,684.55 |
| 000002<br>070<br>7100-90 | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | Unsecured | | $0.00 | $1,310.19 | $1,310.19 |
| 000003<br>070<br>7100-90 | ASSET ACCEPTANCE LLC<br>ASSIGNEE HSBC<br>PO BOX 2036<br>WARREN MI 48090 | Unsecured | | $0.00 | $12,734.44 | $12,734.44 |
| 000004A<br>040<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Priority | | $0.00 | $2,598.44 | $2,598.44 |
| 000005<br>070<br>7100-90 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $0.00 | $1,050.55 | $1,050.55 |
| 000006<br>070<br>7100-90 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603- | Unsecured | | $0.00 | $5,287.48 | $5,287.48 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $0.00 | $18.51 | $18.51 |
| | Case Totals: | | | $0.00 | $36,534.38 | $36,534.38 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-45668 DRC
Case Name: VELAZQUEZ, ISAAC
Trustee Name: GINA B. KROL

       Balance on hand                                       $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses       $_____
      Remaining Balance                                       $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (CitiFinancial, Inc.) 294 Union St. Hackensack, NJ 07601 | $ | $ | $ |
| 000002 | Cavalry Portfolio Services, LLC 500 Summit Lake Drive Suite 400 Valhalla, NY 10595-1340 | $ | $ | $ |
| 000003 | ASSET ACCEPTANCE LLC ASSIGNEE HSBC PO BOX 2036 WARREN MI 48090 | $ | $ | $ |
| 000005 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | $ | $ | $ |

    Total to be paid to subordinated unsecured creditors      $_____

    Remaining Balance      $_____