UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VELAZQUEZ, ISAAC | § | Case No. 11-45668 DRC |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      KENNETH S. GARDNER
      219 S. Dearborn Street
      Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/21/2014 in Courtroom 240,
      Kane County Courthouse
      100 S. Third Street
      Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/22/2014        By: CLERK OF BANKRUPTCY COURT
                      Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
VELAZQUEZ, ISAAC § Case No. 11-45668 DRC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 23,000.56 |
| and approved disbursements of | $ | 12,600.37 |
| leaving a balance on hand of[1] | $ | 10,400.19 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,050.06 | $ 0.00 | $ 3,050.06 |
| Other: International Sureties Ltd. | $ 18.51 | $ 18.51 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,050.06 |
| Remaining Balance | $ 7,350.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,598.44 must be paid in advance of any dividend to general (unsecured) creditors.

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | $ 2,598.44 | $ 0.00 | $ 2,598.44 |
| | Total to be paid to priority creditors | | | $ 2,598.44 |
| | Remaining Balance | | | $ 4,751.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,779.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (CitiFinancial, Inc.)<br>294 Union St.<br>Hackensack, NJ 07601 | $ 9,684.55 | $ 0.00 | $ 1,857.08 |
| 000002 | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | $ 1,310.19 | $ 0.00 | $ 251.24 |
| 000003 | ASSET ACCEPTANCE LLC ASSIGNEE HSBC<br>PO BOX 2036<br>WARREN MI 48090 | $ 12,734.44 | $ 0.00 | $ 2,441.92 |
| 000005 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | $ 1,050.55 | $ 0.00 | $ 201.45 |

|  | Total to be paid to timely general unsecured creditors | $ 4,751.69 |
|---|---|---|
|  | Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 800.16 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | $ 800.16 | $ 0.00 | $ 0.00 |

|  | Total to be paid to subordinated unsecured creditors | $ 0.00 |
|---|---|---|
|  | Remaining Balance | $ 0.00 |

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-45668-DRC
Isaac Velazquez                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: froman              Page 1 of 3            Date Rcvd: Oct 23, 2014
                             Form ID: pdf006           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2014.
```
db          #+Isaac Velazquez,    509 Gregory Avenue Apartment 2A,    Glendale Heights, Il 60139-7541
aty          +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
18037217     +American Bureau of Collections,    Acct # 1EC488388,    1100 Main Street,
               Buffalo, NY 14209-2308
18323184     +Atlas Acquisitions LLC  (CitiFinancial, Inc.),    294 Union St.,    Hackensack, NJ 07601-4303
18037204     +Beneficial/Household Finance Co.,    P.O. Box 3425,    Buffalo, NY 14240-3425
18037216     +Caterpillar Financial Services Corporation,    Acct # 268536,    2120 W End Ave,
               Nashville, TN 37203-5251
18037213     +Chicago Newsweb Corp,    Attn: Simon & Mcclosky LTD,    Suite 400,    134 N. LaSalle Street,
               Chicago, IL 60602-1048
18037215     +Citibank NA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
18037214     +Citibank NA,    Attn: Blatt Hasenmiller Leibsker Moore,    Suite 400,    125 S. Wacker Dr,
               Chicago, IL 60606-4440
18037206     +Citifinancial,    Acct # 607439562635,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
18363163     +Compass Equipment Finance Inc.,    15W580 N. Frontage Road,    Burr Ridge, IL 60527-5652
18037207     +HSBC Bank,    Acct # 5407915024734672,    P.O. Box 5253,    Carol Stream, IL 60197-5253
18037218     +HSBC Card Services,    Attn: Financial Recovery Systems,    P.O. Box 385908,
               Minneapolis, MN 55438-5908
18037219     +Home Depot/Citibank NA,    Acct # 6035320242627121,    P.O. Box 6497,
               Sioux Falls, SD 57117-6497
18037211    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank NA,     Acct # 760825026,    425 Walnut Street,
               Cincinnati, OH 45202)
18037221     +US Bank NA,    Attn: Gurstel Chargo PA,    6681 Country Club Drive,
               Golden Valley, MN 55427-4601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18430183     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 24 2014 01:27:06
               ASSET ACCEPTANCE LLC ASSIGNEE HSBC,    PO BOX 2036,    WARREN MI 48090-2036
18037203     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 24 2014 01:27:06       Asset Acceptance,
               P.O. Box 1630,    Warren, MI 48090-1630
18062271     +E-mail/Text: bnc@atlasacq.com Oct 24 2014 01:26:24      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
18037205      E-mail/Text: bankruptcy@cavps.com Oct 24 2014 01:28:08       Cavalry Portfolio Service,
               Acct # 14579278,    P.O. Box 27288,    Tempe, AZ 85285
18349889     +E-mail/Text: bankruptcy@cavps.com Oct 24 2014 01:28:08       Cavalry Portfolio Services, LLC,
               500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
18102536      E-mail/Text: cio.bncmail@irs.gov Oct 24 2014 01:26:37       Department of the Treasury,
               Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
18612387     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2014 01:32:59
               East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
               Greenville, SC 29602-0288
20723135      E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2014 01:32:55       GE Capital Retail Bank,
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
18037208     +E-mail/Text: bankruptcy@icsystem.com Oct 24 2014 01:28:28       I C System Inc,
               Acct # 33003197001,    P.O. Box 64378,    Saint Paul, MN 55164-0378
18037209     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2014 01:34:31       LVNV Funding, LLC,
               Acct # 430956035,    P.O. Box 10497,    Greenville, SC 29603-0497
18037210     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 24 2014 01:27:11       Midland Credit Management,
               Acct # 853028,    8875 Aero Dr,    San Diego, CA 92123-2255
18489671     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 24 2014 01:27:11       Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18102533       Compass Inc.
18363156*     +American Bureau of Collections,    Acct # 1EC488388,    1100 Main Street,
               Buffalo, NY 14209-2308
18363142*     +Asset Acceptance,    P.O. Box 1630,    Warren, MI 48090-1630
18363143*     +Beneficial/Household Finance Co.,    P.O. Box 3425,    Buffalo, NY 14240-3425
18363144*    ++CAVALRY PORTFOLIO SERVICES LLC,    500 SUMMIT LAKE DR,    STE 400,    VALHALLA NY 10595-2322
             (address filed with court: Cavalry Portfolio Service,     Acct # 14579278,    P.O. Box 27288,
               Tempe, AZ 85285)
18363155*     +Caterpillar Financial Services Corporation,    Acct # 268536,    2120 W End Ave,
               Nashville, TN 37203-5251
18363152*     +Chicago Newsweb Corp,    Attn: Simon & Mcclosky LTD,    Suite 400,    134 N. LaSalle Street,
               Chicago, IL 60602-1048
18363154*     +Citibank NA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
18363153*     +Citibank NA,    Attn: Blatt Hasenmiller Leibsker Moore,    Suite 400,    125 S. Wacker Dr,
               Chicago, IL 60606-4440
18363145*     +Citifinancial,    Acct # 607439562635,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
18363161*     +Ester Sanchez-Nolasco,    Attn: George L. Tamvakis LTD,    Suite 1401,    53 W. Jackson Blvd.,
               Chicago, IL 60604-3751
```

```
District/off: 0752-1            User: froman                Page 2 of 3                   Date Rcvd: Oct 23, 2014
                                Form ID: pdf006             Total Noticed: 28


              ***** BYPASSED RECIPIENTS (continued) *****
18363162*       +George L. Tamkavis LTD,    Attn: Decedent Estate 08WC24301,    Suite 1401,    53 W. Jackson Blvd.,
                  Chicago, IL 60604-3751
18363146*       +HSBC Bank,   Acct # 5407915024734672,    P.O. Box 5253,    Carol Stream, IL 60197-5253
18363157*       +HSBC Card Services,    Attn: Financial Recovery Systems,    P.O. Box 385908,
                  Minneapolis, MN 55438-5908
18363158*       +Home Depot/Citibank NA,    Acct # 6035320242627121,    P.O. Box 6497,
                  Sioux Falls, SD 57117-6497
18363147*       +I C System Inc,   Acct # 33003197001,    P.O. Box 64378,    Saint Paul, MN 55164-0378
18370760*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    US Individual Income Tax,
                  PO Box 802501,   Cincinnati, OH 45280)
18363148*       +LVNV Funding, LLC,    Acct # 430956035,    P.O. Box 10497,    Greenville, SC 29603-0497
18363149*       +Midland Credit Management,    Acct # 853028,    8875 Aero Dr,    San Diego, CA 92123-2255
18363150*      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank NA,    Acct # 760825026,    425 Walnut Street,
                  Cincinnati, OH 45202)
18037212*      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank NA,    Acct # 760825026,    4801 Frederica Street,
                  Owensboro, KY 42301)
18363151*      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank NA,    Acct # 760825026,    4801 Frederica Street,
                  Owensboro, KY 42301)
18037220*      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank NA,    Acct # 8250269279,    4801 Frederica Street,
                  Owensboro, KY 42301)
18363159*      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank NA,    Acct # 8250269279,    4801 Frederica Street,
                  Owensboro, KY 42301)
18363160*       +US Bank NA,   Attn: Gurstel Chargo PA,    6681 Country Club Drive,
                  Golden Valley, MN 55427-4601
18037222       ##+Ester Sanchez-Nolasco,    Attn: George L. Tamvakis LTD,    Suite 1401,    53 W. Jackson Blvd.,
                  Chicago, IL 60604-3751
18037223       ##+George L. Tamkavis LTD,    Attn: Decedent Estate 08WC24301,    Suite 1401,    53 W. Jackson Blvd.,
                  Chicago, IL 60604-3751
                                                                                              TOTALS: 1, * 24, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2014                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2014 at the address(es) listed below:
              Christopher  Taliaferro    on behalf of Debtor Isaac  Velazquez
               chris.taliaferro@nexuslegalgroup.com
              E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gina B Krol    on behalf of Auctioneer Donald  Dodge gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
              m
```

```
District/off: 0752-1          User: froman              Page 3 of 3              Date Rcvd: Oct 23, 2014
                              Form ID: pdf006           Total Noticed: 28


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Gina B Krol     gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
              m
              Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 6
```