UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
VELAZQUEZ, ISAAC § Case No. 11-45668 DRC
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 5,660.00 |
| Total Distributions to Claimants: 18,769.02 | Claims Discharged Without Payment: 93,258.95 |
| Total Expenses of Administration: 4,231.54 | |

3) Total gross receipts of $ 23,000.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 23,000.56 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 85,366.00 | $ 11,418.89 | $ 11,418.89 | $ 11,418.89 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,231.54 | 4,231.54 | 4,231.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,418.00 | 2,598.44 | 2,598.44 | 2,598.44 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 89,508.27 | 30,867.37 | 30,867.37 | 4,751.69 |
| **TOTAL DISBURSEMENTS** | $ 176,292.27 | $ 49,116.24 | $ 49,116.24 | $ 23,000.56 |

4)  This case was originally filed under chapter 7 on  11/09/2011 .  The case was pending for 46 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/27/2015                         By:/s/GINA B. KROL
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Peterbuilt | 1129-000 | 23,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.56 |
| **TOTAL GROSS RECEIPTS** | | **$23,000.56** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Compass | | 16,000.00 | NA | NA | 0.00 |
| | US Bank | | 69,366.00 | NA | NA | 0.00 |
| | US Bank | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | COMPASS EQUIPMENT FINANCE | 4210-000 | NA | 11,418.89 | 11,418.89 | 11,418.89 |
| **TOTAL SECURED CLAIMS** | | | $ 85,366.00 | $ 11,418.89 | $ 11,418.89 | $ 11,418.89 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 3,050.06 | 3,050.06 | 3,050.06 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 18.51 | 18.51 | 18.51 |
| ASSOCIATED BANK | 2600-000 | NA | 319.17 | 319.17 | 319.17 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 73.78 | 73.78 | 73.78 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | NA | 770.02 | 770.02 | 770.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,231.54 | $ 4,231.54 | $ 4,231.54 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | DEPARTMENT OF THE TREASURY | 5800-001 | 1,418.00 | 2,598.44 | 2,598.44 | 2,598.44 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 1,418.00 | $ 2,598.44 | $ 2,598.44 | $ 2,598.44 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americqan Bureaur of Coll | | 16,674.54 | NA | NA | 0.00 |
| | Beneficial Household Finance | | 7,006.00 | NA | NA | 0.00 |
| | Calvary Portfolio Service | | 1,266.00 | NA | NA | 0.00 |
| | Chicago Newsweb Corp | | 6,150.00 | NA | NA | 0.00 |
| | Citibank | | 25,764.73 | NA | NA | 0.00 |
| | Ester Sanchez-Nolasco | | 0.00 | NA | NA | 0.00 |
| | George Tamkvakis | | 0.00 | NA | NA | 0.00 |
| | Home Depot | | 1,500.00 | NA | NA | 0.00 |
| | IC Systems Inc. | | 243.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LVNV Funding | | 8,539.00 | NA | NA | 0.00 |
| 000003 | ASSET ACCEPTANCE LLC ASSIGNEE HSBC | 7100-900 | 11,910.00 | 12,734.44 | 12,734.44 | 2,441.92 |
| 000001 | ATLAS ACQUISITIONS LLC (CITIFINANCI | 7100-900 | 8,173.00 | 9,684.55 | 9,684.55 | 1,857.08 |
| 000002 | CAVALRY PORTFOLIO SERVICES, LLC | 7100-900 | 1,256.00 | 1,310.19 | 1,310.19 | 251.24 |
| 000006 | EAST BAY FUNDING, LLC | 7100-900 | NA | 5,287.48 | 5,287.48 | 0.00 |
| 000005 | MIDLAND CREDIT MANAGEMENT, INC. | 7100-900 | 1,026.00 | 1,050.55 | 1,050.55 | 201.45 |
| | DEPARTMENT OF THE TREASURY | 7300-000 | 0.00 | 800.16 | 800.16 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 89,508.27 | $ 30,867.37 | $ 30,867.37 | $ 4,751.69 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-45668 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | VELAZQUEZ, ISAAC | | | Date Filed (f) or Converted (c): | 11/09/11 (f) |
| | | | | 341(a) Meeting Date: | 12/27/11 |
| For Period Ending: | 08/27/15 | | | Claims Bar Date: | 03/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 2. CD's | 30.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 4. 50% GT Carrier Inc. | Unknown | 0.00 | | 0.00 | FA |
| 5. 2006 Peterbuilt | 25,000.00 | 7,500.00 | | 23,000.00 | FA |
| 6. LAWSUIT (u) Appears that case has been dismissed by Plaintiff | Unknown | 0.00 | | 0.00 | FA |
| 7. 1993 Nissan Sentra | 500.00 | 0.00 | | 0.00 | FA |
| 8. 1997 Ford F150 | 1,800.00 | 0.00 | | 0.00 | FA |
| 9. CHECKING | 30.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.56 | Unknown |
| TOTALS (Excluding Unknown Values) | $29,160.00 | $7,500.00 | | $23,000.56 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed
October 22, 2014, 09:27 am
TFR submitted
September 2, 2014 02:23 pm

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/14

LFORM1    Ver: 18.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-45668    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | VELAZQUEZ, ISAAC | Date Filed (f) or Converted (c):    11/09/11 (f) |
| | | 341(a) Meeting Date:    12/27/11 |
| | | Claims Bar Date:    03/29/12 |

/s/    GINA B. KROL
_____    Date: 08/27/15
    GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-45668 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | VELAZQUEZ, ISAAC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0527 Checking Account |
| Taxpayer ID No: | *******0340 | | | |
| For Period Ending: | 08/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 10,737.87 | | 10,737.87 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.62 | 10,731.25 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.84 | 10,724.41 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.61 | 10,717.80 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.83 | 10,710.97 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.92 | 10,695.05 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 9.27 | 10,685.78 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.36 | 10,671.42 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.87 | 10,655.55 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.33 | 10,640.22 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.82 | 10,624.40 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.29 | 10,609.11 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.77 | 10,593.34 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.75 | 10,577.59 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.22 | 10,562.37 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.70 | 10,546.67 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.17 | 10,531.50 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.66 | 10,515.84 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.63 | 10,500.21 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.10 | 10,486.11 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 9.24 | 10,476.87 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.59 | 10,461.28 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.06 | 10,446.22 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.53 | 10,430.69 |

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-45668 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | VELAZQUEZ, ISAAC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0527 Checking Account |
| Taxpayer ID No: | *******0340 | | |
| For Period Ending: | 08/27/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Note: the above has 8 columns; merging Deposits/Disbursements/Balance:

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.01 | 10,415.68 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.49 | 10,400.19 |
| 11/21/14 | 030003 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Fees | 2100-000 | | 3,050.06 | 7,350.13 |
| * 11/21/14 | 030004 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Final Distribution | 5800-003 | | 2,598.44 | 4,751.69 |
| 11/21/14 | 030005 | Atlas Acquisitions LLC (CitiFinancial, Inc.)<br>294 Union St.<br>Hackensack, NJ 07601 | Final Distribution | 7100-900 | | 1,857.08 | 2,894.61 |
| 11/21/14 | 030006 | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | Final Distribution<br>(2-1) Cavalry Portfolio Services<br>LLC as assignee of HSBC Bank Nevada<br>NA/Household Bank | 7100-900 | | 251.24 | 2,643.37 |
| 11/21/14 | 030007 | ASSET ACCEPTANCE LLC ASSIGNEE HSBC<br>PO BOX 2036<br>WARREN MI 48090 | Final Distribution | 7100-900 | | 2,441.92 | 201.45 |
| 11/21/14 | 030008 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Final Distribution | 7100-900 | | 201.45 | 0.00 |
| * 04/27/15 | 030004 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Final Distribution | 5800-003 | | -2,598.44 | 2,598.44 |
| 04/27/15 | 030009 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Unclaimed Funds | 5800-001 | | 2,598.44 | 0.00 |

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-45668 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | VELAZQUEZ, ISAAC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0527  Checking Account |
| Taxpayer ID No: | *******0340 | | | |
| For Period Ending: | 08/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Account *******0527 | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 10 | Checks | 10,418.70 |
| 0 | Interest Postings | 0.00 | 23 | Adjustments Out | 319.17 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 10,737.87 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 10,737.87 | | | |
| | Total | $ 10,737.87 | | | |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-45668 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | VELAZQUEZ, ISAAC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4247 BofA - Money Market Account |
| Taxpayer ID No: | *******0340 | | |
| For Period Ending: | 08/27/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/12 | 5 | American Auction Associates, Inc. | | 1129-000 | 23,000.00 | | 23,000.00 |
| 03/22/12 | 000301 | Compass Equipment Finance c/o Mr. James Joyce Fornaro & Associates, Ltd. 9140 Broadway Brookfield, IL 60153 | Lien Payoff | 4210-000 | | 11,418.89 | 11,581.11 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 11,581.17 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 11,581.31 |
| 04/30/12 | 000302 | American Auction Associates, Inc. | Auctioneer Expenses per Court Order | 3620-000 | | 770.02 | 10,811.29 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.33 | 10,790.96 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,791.05 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.74 | 10,777.31 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,777.40 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.81 | 10,764.59 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,764.68 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.12 | 10,750.56 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 10,750.65 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 12.78 | 10,737.87 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 10,737.87 | 0.00 |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) (Page: 12)

Ver: 18.05

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-45668 -DRC |
| Case Name: | VELAZQUEZ, ISAAC |
| Taxpayer ID No: | *******0340 |
| For Period Ending: | 08/27/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4247  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******4247

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 23,000.00 | 2 | Checks | 12,188.91 |
| 6 | Interest Postings | 0.56 | 5 | Adjustments Out | 73.78 |
| | | | 1 | Transfers Out | 10,737.87 |
| | Subtotal | $ 23,000.56 | | | |
| | | | | Total | $ 23,000.56 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 23,000.56 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 23,000.00 | 12 | Checks | 22,607.61 |
| 6 | Interest Postings | 0.56 | 28 | Adjustments Out | 392.95 |
| | | | 1 | Transfers Out | 10,737.87 |
| | Subtotal | $ 23,000.56 | | | |
| | | | | Total | $ 33,738.43 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 10,737.87 | | | |
| | Total | $ 33,738.43 | | Net Total Balance | $ 0.00 |

/s/    GINA B. KROL

Trustee's Signature: _____    Date: 08/27/15

GINA B. KROL

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 13)                                                           Ver: 18.05